### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO.  3:20cr68-DMB-RP-2

ERLIN ISAAC GOMEZ-GUZMAN

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted **A.E. Harlow, Jr. July 29, 2021,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **A.E. Harlow, Jr.** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **A.E. Harlow, Jr.** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 29th day of July, 2021.

 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE