# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**VS.**            **CRIMINAL ACTION NO.: 3:20-CR-68-DMB-RP-2**

**ERLIN ISAAC GOMEZ-GUZMAN**            **DEFENDANT**

## ORDER GRANTING MOTION TO CONTINUE

This matter is before the court on Defendant Erlin Isaac Gomez-Guzman's Motion to Continue Arraignment and Detention Hearing [18] set for July 29, 2021, at 2:30 p.m., by video conference. The court finds the Arraignment and Detention Hearing should be continued until Friday, July 30, 2021, at 1:30 p.m., by video conference, before Magistrate Judge Jane M. Virden.

**SO ORDERED**, this the 29th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE