IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. NO. 3:20-CR-68-2

ERLIN ISAAC GOMEZ-GUZMAN

ORDER GRANTING CONTINUANCE

On March 4, 2022, Erlin Isaac Gomez-Guzman filed a motion to continue the March 21, 2022, trial date. Doc. #54. As cause, Gomez-Guzman represents that "settlement negotiations are ongoing, and the parties believe that an additional couple of weeks are needed to finalize a plea agreement in this case and avoid a costly and lengthy trial." *Id*. at 1. Gomez-Guzman also represents that the government does not object to the relief requested. *Id*.

Because the Court concludes the ends of justice will be served by continuing trial to allow Gomez-Guzman additional time to engage in any plea negotiations he wishes and that such ends outweigh the best interest of the public and Gomez-Guzman in a speedy trial, the motion to continue [54] is **GRANTED**.

Trial is continued to **Monday, April 11, 2022**.[1] The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 8th day of March, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Because Gomez-Guzman asked only for a continuance of the trial date and because all pretrial deadlines have passed, including the plea agreement deadline, good cause must be shown to have the Court consider any pretrial submissions at this point. *See* Doc. #26 ("[T]he court will accept no plea agreements submitted after [the plea agreement deadline] except for good cause shown."). Gomez-Guzman was advised as much in the Court's December 22 order granting a trial continuance. *See* Doc. #40 at 1 n.1 ("If Gomez-Guzman wants to submit or file any documents covered by pretrial deadlines, he may seek leave from the Court to do so.").